IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | CASE NO. 8:07CV250 |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| V. | ) ) | WITHOUT PREJUDICE |
| CLARENDON NATIONAL INSURANCE, CO., ST. PAUL SURPLUS LINES INSURANCE, CO., RSUI INDEMNITY, CO., and DEANGELO BROTHERS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal without prejudice. The Court finds that the Stipulation complies with the requirement of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal Without Prejudice (Filing No. 48) is approved, and the relief requested therein is granted;

2. The Complaint is dismissed without prejudice; and

3. The parties will pay their own costs and attorney's fees.

DATED this 26th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge